IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COLLINS ASSET GROUP, LLC,[1]<br><br>       Debtor. | Chapter 7<br><br>Case No. 25-10994 (LSS) |
| In re:<br><br>HOLLINS HOLDINGS, INC.,[2]<br><br>       Debtor. | Chapter 7<br><br>Case No. 25-10995 (LSS) |

**WITNESS AND EXHIBIT LIST OF OLIPHANT, INC., OLIPHANT FINANCIAL, LLC, OLIPHANT USA, LLC AND ACCELERATED INVENTORY MANAGEMENT, LLC FOR HEARING ON JULY 17, 2025, AT 3:00 P.M.**

Oliphant, Inc., Oliphant Financial, LLC, Oliphant USA, LLC and Accelerated Inventory Management, LLC (collectively the "Oliphant Entities") hereby file this Witness and Exhibit List in connection with the hearing commencing on July 17, 2025, at 3:00 p.m. (E.T.) (the "Hearing"), in connection with the *Motion of Plaintiffs and Receiver for Ferrum Capital, LLC and Ferrum IV to Transfer Venue of Bankruptcy Cases* (the "Motion to Transfer") [Case No. 25-10994-LSS Docket No. 22 and Case No. 25-10995-LSS Docket No. 20] as set forth below:

---

[1] The last four digits of this Debtor's federal tax identification number are 3148. This Debtor's address is 6001 W. William Cannon Dr., Suite 102, Austin, Texas 78749. This Debtor, Collins Asset Group, LLC is referred to herein as "CAG."

[2] The last four digits of this Debtor's federal tax identification number are 4469. This Debtor's address is 6001 W. William Cannon Dr., Suite 102, Austin, Texas 78749. This Debtor is referred to herein as "Hollins." CAG and Hollins are also collectively referred to herein as the "Debtors."

## WITNESSES

The Oliphant Entities may call any of the following witnesses:

1. Patrick Lowe, Receiver.  Mr. Lowe is one of the movants on the Motion to Transfer.  By deposition due to unavailability; and

2. Any witness called by any other party.

## EXHIBITS

The Oliphant Entities may offer into evidence one or more of the following exhibits:

1. Any exhibit designated by any other party; and

2. Any exhibit needed for rebuttal.

## RESERVATION OF RIGHTS

The Oliphant Entities reserve the right to supplement and/or amend this Witness and Exhibit List at any time prior to the Hearing. The Oliphant Entities reserve the right to rely upon or introduce at the Hearing any document subsequently identified as an exhibit by any other party, any document used at the Hearing by any party, or any document necessary or appropriate for impeachment, rebuttal, or any other lawful purpose. Additionally, the Oliphant Entities reserves all rights to cross-examine all witnesses proffered in connection with the Hearing and to call any rebuttal witnesses as it may deem necessary.

*[Remainder of Page Left Intentionally Blank]*

| | |
|---|---|
| Dated: July 15, 2025<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Christopher M. Donnelly*<br>Eric J. Monzo (DE Bar No. 5214)<br>Christopher M. Donnelly (DE Bar No. 7149)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>         cdonnelly@morrisjames.com<br><br>-and-<br><br>**KANE RUSSELL COLEMAN LOGAN PC**<br>Michael P. Ridulfo (admitted *pro hac vice*)<br>5151 San Felipe Street, Suite 800<br>Houston, TX 77056<br>Telephone: (713) 425-7400<br>Facsimile: (713) 425-7700<br>E-mail: mridulfo@krcl.com<br><br>-and-<br><br>Abigail Rogers (admitted *pro hac vice*)<br>Frost Bank Tower<br>401 Congress Avenue, Suite 2100<br>Austin, TX 78701<br>Telephone: (713) 425-7400<br>Facsimile: (713) 425-7700<br>E-mail: arogers@krcl.com<br><br>*Counsel to the Oliphant Entities* |