**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COLLINS ASSET GROUP, LLC | ) | CASE NO. 25-10994-LSS |
| | ) | |
| Debtor. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |

**STATEMENT**

Secured creditors The Heller Group and Judith Heller, Trustee of the Judith Heller Revocable Trust dated January 7, 1988 herewith joins in and supports the Motion of Plaintiffs and Receiver for Ferrum Capital, LLC and Ferrum IV, LLC to transfer venue of Bankruptcy cases.

                      Respectfully submitted,
                      The Heller Group and
                      Judith Heller, Trustee of the Judith Heller
                      Revocable Trust dated January 7, 1988

                      By**:**   /s/ Lester A. Ottenheimer, III
                          Lester A. Ottenheimer III

**Lester A. Ottenheimer, III**
Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 290
Buffalo Grove, Illinois 60089
(847) 520-9400
lottenheimer@olawgroup.com